UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

CIVIL ACTION NO.  05-121-DLB

VICKIE LYNN ASHCRAFT, ET AL                                              PLAINTIFFS

VS.

UNITED STATES OF AMERICA                                                DEFENDANTS

### ORDER

Plaintiffs' counsel filed a motion to withdraw as counsel for plaintiffs on June 15, 2006.  A hearing on the motion to withdraw is scheduled for July 26, 2006.  The Court having a conflict with that date, and with agreement of counsel, accordingly;

**IT IS ORDERED** that the hearing scheduled for July 26, 2006 is VACATED and rescheduled to **JULY 20, 2006 at 11:00 a.m.**

This 11th day of July, 2006.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge